**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PATRICIA CAVALLARO-KEARINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>DELTA DENTAL OF NEW YORK, INC.,<br><br>Defendant. | Case No.: 7:24-cv-06946-CS |

**DELTA DENTAL OF NEW YORK'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Kari M. Rollins, the exhibit annexed thereto, the accompanying Memorandum of Law in support of this motion, and upon all the other papers and pleadings heretofore filed, Defendant Delta Dental of New York ("DDNY") respectfully moves this Court to dismiss Plaintiff Patricia Cavallaro-Kearins' Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: March 7, 2025

Respectfully submitted,

*/s/ Kari M. Rollins*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Kari M. Rollins, NY State Bar No. 5552468
Charles Glover, NY State Bar No. 5329909
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: 212.653.8700
Facsimile: 212.653.8701
E-mail: krollins@sheppardmullin.com
E-mail: cglover@sheppardmullin.com

Wynter L. Deagle (*Pro Hac Vice*)
12275 El Camino Real, Ste 100
San Diego, CA 92130
Telephone: 858.720.8947
Facsimile: 858.509.3691
E-mail: wdeagle@sheppardmullin.com

Samuel Hyams-Millard (*Pro Hac Vice* Forthcoming)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
E-mail: shyams-millard@sheppardmullin.com

*Attorneys for Defendant Delta Dental of New York, Inc.*