**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PATRICIA CAVALLARO-KEARINS, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br>DELTA DENTAL OF NEW YORK, INC.,<br>*Defendant.* | Case No. 7:24-cv-06946-CS |

**DECLARATION OF KARI M. ROLLINS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

I, Kari M. Rollins, declare as follows:

1. I am a partner of the firm Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), at its office located at 30 Rockefeller Plaza, New York, New York 10112-0015. I am an attorney licensed to practice law in all of the Courts of the State of New York and in all of the United States District Courts in New York. Sheppard Mullin is counsel of record for Delta Dental of New York, Inc. ("Delta Dental" or the "Defendant"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. Attached as Exhibit A is a true and correct copy of Delta Dental's Website Privacy and Security Policy, which has been effective since August 23, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of March 2025, at New York, New York.

*/s/ Kari M. Rollins*
Kari M. Rollins