UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA CAVALLARO-KEARINS,<br>*Plaintiff,*<br>v.<br>DELTA DENTAL OF NEW YORK, INC.,<br>*Defendant.* | Case No. 7:24-cv-06946-CS<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii)** |

Plaintiff Patricia Cavallaro-Kearins and Defendant Delta Dental of New York, Inc. hereby jointly stipulate to the dismissal of Plaintiff Patricia Cavallaro-Kearins's claims in this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in their entirety without prejudice.

**IT IS SO STIPULATED**, through Counsel of Record, this 2nd day April, 2026.

Dated: April 3, 2026

DWOSKIN WASDIN LLP

By: [signature]
Eric S. Dwoskin, NY State Bar No. 5140348
433 Plaza Real, Suite 275
Boca Raton, FL 33432
Tel.: (561) 849-8060
edwoskin@dwowas.com

*Attorneys for Plaintiff*

Dated: April 2, 2026

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: Wynter L. Deagle
Wynter L. Deagle, Cal. Bar No. 296501 (*pro hac vice)*
wdeagle@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 720-8900

Kari M. Rollins, NY State Bar No. 5552468
30 Rockefeller Plaza
New York, NY 10112
Phone: (212) 634-3077
krollins@sheppardmullin.com

*Attorneys for Defendant Delta Dental of New York, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I served the foregoing on counsel for Defendant.

/s/

Eric S. Dwoskin